JAMES KEVIN CISSELL, Administrator of the Estate of CARLA T. CISSELL v. GLOVER LANDSCAPE SUPPLY, INC. and ROBERT C. GLOVER

No. 356A97

(Filed 3 April 1998)

**Automobiles and Other Vehicles § 563 (NCI4th)— parking truck on highway—instruction on gross negligence not required**

The trial court in an action arising from the collision of an automobile with a parked truck and trailer did not err by refusing to instruct the jury on willful or wanton conduct (gross negligence) by the truck driver in parking his eight-foot wide truck and trailer on a sunny morning on the right-hand side of a thirty-six-foot wide straight and level rural paved road for the purpose of unloading equipment.

Appeal by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 126 N.C. App. 667, 486 S.E.2d 472 (1997), setting aside a judgment entered on 7 May 1996 by Stephens (Donald W.), J., in Superior Court, Vance County, and awarding a new trial. Heard in the Supreme Court 10 March 1998.

*Perry, Kittrell, Blackburn & Blackburn, by Charles F. Blackburn, for plaintiff-appellee.*

*Broughton, Wilkins, Webb & Sugg, P.A., by Charles P. Wilkins, for defendant-appellants.*

PER CURIAM.

For the reasons stated in the dissenting opinion for the Court of Appeals by John, J., the decision of the Court of Appeals is reversed. The case is remanded to that court for further remand to the Superior Court, Vance County, for reinstatement of the judgment entered on the jury verdict in favor of defendants.

REVERSED AND REMANDED.